Morris v. Thomas, et al.

————o————

W. B. MORRIS, Adm'r, &c., Respondent, *vs.* DAVID THOMAS, *et al.*, Appellant.

1. Whaley vs. Whaley, *ante*, p. 36, affirmed.

*Appeal from St. Louis Circuit Court.*

State of Missouri v. McCanon.

*J. Q. A. Frictchey*, for Appellant.

*E. B. Shersen*, for Respondent.

WAGNER, Judge, delivered the opinion of the court.

The precise question presented in this case was decided at the present term in the case of Whaley vs. Whaley. The only point raised, is, as to who is entitled to the emblements or · growing crops on the farm of a deceased person at the time of his death, the administrator or the widow, and the question must now be regarded as settled in favor of the administrator.

Judgment affirmed. Judge Adams concurs. Judge Bliss absent.